## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-01687-AJS |
| ) | |
| ) | |
| THE COOKWARE COMPANY (USA), ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE

NOW COMES the Plaintiff, Blair Douglass ("Plaintiff"), and the Defendant The Cookware Company (USA), LLC ("Defendant"), by and through their respective undersigned counsel in the above-captioned matter and, pursuant to Fed. R. Civ. P. 6(b), hereby stipulate that the deadline by which Defendant is required to file a responsive pleading to the Complaint shall be extended until **January 24, 2025**.

The parties are exploring potential resolution, and require some additional time to investigate the allegations set forth in the Complaint.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| s/ *Kevin W. Tucker, Esq.* | s/ *Craig W. Snethen, Esq.* |
| Kevin W. Tucker, Esq. | Craig W. Snethen, Esq. |
| East End Trial Group LLC | Gordon & Rees LLP |
| 6901 Lynn Way, Suite 215 | 707 Grant Street, Suite 3800 |
| Pittsburgh, PA 15208 | Pittsburgh, PA 15219 |
| (412) 877-5220 | (412) 316-2925 |
| (412) 626-7101 (fax) | (412) 347-5461 (fax) |
| ktucker@eastendtrialgroup.com | csnethen@grsm.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |